

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Ex parte Rene Moreno

Appellate case number:     01-22-00782-CR

Trial court case number:    1788826

Trial court:                        482nd District Court of Harris County

Appellant, through counsel, has filed a notice of appeal from the trial court's September 29, 2022 order denying his application for writ of habeas corpus. The complete appellate record has been filed with this Court. After a review of the appellate record, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, appellant is ordered to file a brief within **twenty days** of the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is due to be filed no later than **twenty days** from the filing of appellant's brief.

It is so **ORDERED**.


Judge's signature:  __/s/ Amparo Guerra__
                               ☑Acting individually


Date: November 8, 2022